IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Antonio Gordon, #259798, | C/A No. 8:15-cv-2637-JFA-JDA |
| Plaintiff, | |
| vs. | |
| David Hamilton, York County Clerk of Court; John Does, all in their individual capacities, | **ORDER** |
| Defendants. | |

By order entered October 29, 2015, this Court adopted the Report and Recommendation of the assigned Magistrate Judge and dismissed this action without prejudice and without issuance and service of process. Plaintiff filed a motion to alter or amend this Court's decision pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

The October 29th, 2015 order adequately sets forth this Court's reasoning in dismissing the action and the Court sees no meritorious reason to disturb its ruling. Accordingly, the motion to alter or amend (ECF No. 18) is **DENIED**.

**IT IS SO ORDERED**.

January 4, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge